## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**KRISTINA MILLER, individually and on behalf
of all others similarly situated,**

  *Plaintiff*s,

**v.**            **No. 8:21-cv-00504-SDM-AAS**

**NEUROPSYCHIATRIC INSTITUTE, LLC,
ALEIDA CRUZ, WALTER AFIELD, III,
and NEVA BROWNING JEFFRIES,**

  *Defendant*s.

_____

## <u>NOTICE OF SETTLEMENT</u>

  Plaintiff KRISTINA MILER respectfully submits this notice of settlement

and says:

  1. The parties have reached an agreement to resolve the claims in this action.

  2. The parties are in the process of finalizing a settlement agreement and will

file a motion for approval of the settlement shortly.

      <u>*/s/Mandi Clay, Esq.*</u>
      Mandi Clay, Esq.
      Florida Bar No.: 28808
      THREE THIRTEEN LAW, PLLC
      5408 Bruton Rd.
      Plant City, FL 33565
      Phone: 813-530-9849
      Email: mandi@threethirteenlaw.com
          eservice@threethirteenlaw.com

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing was filed with the court's electronic filing system and served upon all parties of record by electronic mail on March 15, 2021.

<u>*/s/Mandi Clay, Esq.*</u>
Mandi Clay, Esq.