UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KRISTINA MILLER,

    Plaintiff,

v.                                  CASE NO. 8:21-cv-504-SDM-AAS

WALTER AFIELD, III, et al.,

    Defendants.
_____/

## ORDER

Kristina Miller sues (Doc. 1) under the Fair Labor Standards Act, and the parties move (Doc. 8) for approval of a settlement. The settlement is a "fair and reasonable resolution of a bona fide dispute." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982). The motion (Doc. 8) is **GRANTED**, the settlement (Doc. 8-1) is **APPROVED**, and this action is **DISMISSED WITH PREJUDICE**. The clerk must close the case.

ORDERED in Tampa, Florida, on March 30, 2021.

*[signature]*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE